UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELMER MORENO MENDOZA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAPTAIN AGUILAR;<br>CORRECTIONS OFFICER R. LOWE,<br><br>　　　　Defendants. | No. CV 16-6871 FMO (FFM)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this action and the attached Report and Recommendation of United States Magistrate Judge ("Report"). Plaintiff has not filed any written objections to the Report. Good cause appearing, the Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report.

IT IS ORDERED that plaintiff's Sixth Amendment claim is dismissed with prejudice and Plaintiff's denial to access to the courts claim is dismissed without prejudice. Plaintiff is granted leave to file an amended pleading with respect to the denial of access to the courts claim within 30 days of the date hereof.

DATED: June 7, 2018

　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　FERNANDO M. OLGUIN
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE