UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELMER MORENO MENDOZA,<br><br>        Plaintiff,<br><br>    v.<br><br>CAPTAIN AGUILAR;<br>CORRECTIONS OFFICER R. LOWE,<br><br>        Defendants. | No. CV 16-6871 FMO (FFM)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this action and the attached Report and Recommendation of United States Magistrate Judge ("Report"). Plaintiff has not filed any written objections to the Report. Good cause appearing, the Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report.

IT IS ORDERED that plaintiff take nothing by his First Amended Complaint and that this action be dismissed with prejudice.

DATED: October 4, 2018

                                                        /s/<br>
                                        FERNANDO M. OLGUIN<br>
                                     UNITED STATES DISTRICT JUDGE