UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ELMER MORENO MENDOZA, | ) | No. CV 16-6871 FMO (FFM) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| | ) | |
| CAPTAIN AGUILAR; | ) | |
| CORRECTIONS OFFICER R. LOWE, | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that plaintiff take nothing by his First Amended Complaint and that this action is dismissed with prejudice.

DATED: October 4, 2018

/s/
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE