UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELMER MORENO MENDOZA,<br><br>          Plaintiff,<br>   v.<br><br>CAPTAIN AGUILAR;<br>CORRECTIONS OFFICER R. LOWE,<br><br>          Defendants. | No. CV 16-6871 FMO (FFM)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this action, the Report and Recommendation of United States Magistrate Judge ("Report") (Docket No. 98), and the objections thereto. Good cause appearing, the Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a *de novo* determination of the portions to which objections were directed.

IT IS ORDERED that judgment be entered dismissing this action with prejudice.

DATED: June 5, 2019

                                                  /s/
                                    FERNANDO M. OLGUIN
                                    United States District Judge