JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELMER MORENO MENDOZA, ) | No. CV 16-6871 FMO (FFM) |
| Plaintiff, ) | |
| v. ) | JUDGMENT |
| CAPTAIN AGUILAR; ) | |
| CORRECTIONS OFFICER R. LOWE, ) | |
| Defendants. ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: June 5, 2019

/s/
FERNANDO M. OLGUIN
United States District Judge